IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLYDE A. SEVERSON; SUSAN C.
SEVERSON; and SUSAN CAROL
SEVERSON, TRUSTEE, AND CLYDE
ALVIS SEVERSON, TRUSTEE, OF
THE SUSAN CAROL SEVERSON
TRUST,

        Plaintiffs,

    v.

CHASE MANHATTAN MORTGAGE
COMPANY; CHASE HOME
FINANCE, LLC; J P MORGAN
CHASE AND COMPANY,

        Defendants.

Civ. No.10-3123-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal

1 - ORDER

principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error in the Report and Recommendation. Magistrate Judge Clarke's Report and Recommendation (#26) is adopted.

IT IS SO ORDERED.

DATED this 23 day of September, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER