IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLYDE A. SEVERSON; SUSAN C. SEVERSON; and SUSAN CAROL SEVERSON, TRUSTEE, AND CLYDE ALVIS SEVERSON, TRUSTEE, OF THE SUSAN CAROL SEVERSON TRUST,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHASE MANHATTAN MORTGAGE COMPANY; CHASE HOME FINANCE, LLC; J P MORGAN CHASE AND COMPANY,<br><br>      Defendants. | Civ. No.10-3123-CL<br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal

1 - ORDER

principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error in the Report and Recommendation. Magistrate Judge Clarke's Report and Recommendation (#26) is adopted.

IT IS SO ORDERED.

DATED this 23 day of September, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE